UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA**,

      Plaintiff,

vs.                                 CASE NO. 6:25-cv-00538-JSS-MN

**PURPLE INNOVATION, LLC,**
**d/b/a PURPLE, a foreign limited**
**liability company,**

      Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, through undersigned counsel, hereby gives notice that the parties have reached a settlement in this case. Accordingly, Plaintiff respectfully requests that the Court provide the parties thirty (30) days to allow them to finalize their settlement agreement and to submit the appropriate dismissal document.

Dated: April 22, 2025.

**RODERICK V. HANNAH, ESQ., P.A.**    **LAW OFFICE OF PELAYO DURAN, P.A.**
Counsel for Plaintiff                  Co-Counsel for Plaintiff
4800 N. Hiatus Road                  6355 N.W. 36th Street Suite 307
Sunrise, FL 33351                    Virginia Gardens, FL 33166
T. 954/362-3800                      T. 305/266-9780
Email: rhannah@rhannahlaw.com    Duranandassociates@gmail.com

By: _s/ Roderick V. Hannah_        By: _s/ Pelayo M. Duran_
    RODERICK V. HANNAH           PELAYO M. DURAN
    Fla. Bar No. 435384             Fla Bar No. 0146595